**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

EDGAR LEE GUINTHER,
ADC # 100017                                                                        PETITIONER

v.                                            4:22-cv-00052-JM-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                          RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED.

Dated this 3rd day of May, 2022.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1